# EXHIBIT 2

# David S. Lawless

| | |
|---|---|
| **From:** | Nancy Frankel Pelletier |
| **Sent:** | Tuesday, January 22, 2019 1:23 PM |
| **To:** | 'stella@xanthakos-malkovich.net' |
| **Cc:** | Kathleen Ronchi (kathleen.ronchi@cabotrisk.com) |
| **Subject:** | RE: Rodriguez |

As previously advised, both MIIA and I sent requests for authorizations so as to allow us to obtain documents we believe are necessary to evaluate the claims you have presented. You never responded to MIIA, necessitating my engagement. We spoke at great length and I advised that I would await your promised response. I continue to do so. I have no idea what you consider to be your " repeated efforts " to avoid suit . Please refrain from comparing cases. Contrary to your allegation, I treat each case I handle independently .

**From:** stella@xanthakos-malkovich.net [mailto:stella@xanthakos-malkovich.net]
**Sent:** Tuesday, January 22, 2019 12:30 PM
**To:** Nancy Frankel Pelletier <npelletier@robinsondonovan.com>
**Cc:** Kathleen Ronchi (kathleen.ronchi@cabotrisk.com) <kathleen.ronchi@cabotrisk.com>; stella@xanthakos-malkovich.net
**Subject:** RE: Rodriguez

January 22, 2019

Attorney Pelletier,

And on Monday, January 14th I called you and left a message, and also emailed you asking you to call me.  I believed a further conversation may be helpful/productive.
It has been over a week and you did not return my call or respond to my email.

If you do not want to discuss this matter, that is of course, your choice.  We will proceed accordingly.  Unfortunately, this is the same pattern you and I ran into a few years ago which also necessitated filing suit in a case, despite my repeated efforts to avoid suing your client.

Thank you.

Stella Xanthakos

Xanthakos & Malkovich
Attorneys at Law
43 Center Street
Northampton, MA 01060
(413) 584-2764


---------- Original Message ----------
Subject: RE: Rodriguez
From: "Nancy Frankel Pelletier" <npelletier@robinsondonovan.com>
Date: 1/22/19 7:29 am

1