# EXHIBIT 4

███████████████████████████████████
███████████████████████████████
███████████████████████████████
██████████████████████████████████
███████████████████████

**From:** stella@xanthakos-malkovich.net [mailto:stella@xanthakos-malkovich.net]
**Sent:** Thursday, May 02, 2019 10:52 AM
**To:** Charlene Webster <CWebster@robinsondonovan.com>; 'michael@xanthakos-malkovich.net' <michael@xanthakos-malkovich.net>; Nancy Frankel Pelletier <npelletier@robinsondonovan.com>
**Cc:** 'alinkenhoker@smithtec.org' <alinkenhoker@smithtec.org>; 'aseewald@northamptonma.gov' <aseewald@northamptonma.gov>; 'Kathleen.Ronchi@cabotrisk.com' <Kathleen.Ronchi@cabotrisk.com>; 'MIIAcounsel@cabotrisk.com' <MIIAcounsel@cabotrisk.com>
**Subject:** RE: Jane Doe, et al. v. City of Northampton, et al.

May 2, 2019

Attorney Pelletier,

We tried to discuss this specific issue (and others) with you on more than one occasion, but you refused to have the conversation.

We do not object to you viewing the records, as you were informed months ago, but you have yet to make clear, despite our request, who else would have any access to the records and how they would be maintained.

This concern includes who you would share the contents of the files with (even orally), and whether the records would be reviewed only and/or copies made, who would do the copying or receive copies.

Northampton is a small community and our client's privacy has already been violated repeatedly. The liability and harm has not been acknowledged ████████████ ███████████████████████ Failure to acknowledge she is a victim, over 3 years after the event, increases toe harm to our clients.

Please respond to the above in writing. Thank you.

Stella Xanthakos

Xanthakos & Malkovich

Attorneys at Law

43 Center Street

Northampton, MA 01060

(413) 584-2764

