# EXHIBIT 5

# Laura A. Frost

| | |
|---|---|
| **From:** | stella@xanthakos-malkovich.net |
| **Sent:** | Monday, May 13, 2019 5:11 PM |
| **To:** | Nancy Frankel Pelletier; Charlene Webster; 'michael@xanthakos-malkovich.net' |
| **Cc:** | 'alinkenhoker@smithtec.org'; 'aseewald@northamptonma.gov'; 'Kathleen.Ronchi@cabotrisk.com'; stella@xanthakos-malkovich.net |
| **Subject:** | RE: Jane Doe, et al. v. City of Northampton, et al. |

May 13, 2019

Attorney Pelletier,

Today is the first I am hearing from you in response to our communication of May 2, 2019, which was 11 days ago.
You then request that I respond to you the same day. I will be attending depositions out of town tomorrow and am preparing for trial among other matters.
I will certainly respond as promptly as my schedule allows.

███████████████████████████████████████████

The tone with which counsel and the City of Northampton, through its agents, have approached this matter, suggest you and others will not view her very private records with concern, but with an effort to discredit her.

Each time we ask for assurances, none is forthcoming. I again demand the City of Northampton acknowledge they had a duty to protect ███████ and failed to do so.
Then we would agree to attend mediation to resolve other aspects of the claim.

Stella Xanthakos

Xanthakos & Malkovich
Attorneys at Law
43 Center Street
Northampton, MA 01060
(413) 584-2764

