UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANE DOE, et als., | ) | Civil No. 19-30027-MGM |
| Plaintiffs, | ) | |
| v. | ) | |
| CITY OF NORTHAMPTON, et als., | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS PRO BONO DISCOVERY COUNSEL**

The undersigned hereby moves to withdraw his appearance as pro bono discovery counsel for Cody Hanlon.  Progress has been made on discovery issues in recent months, including the Court's entry of a modified protective order that provides for access to discovery material by Mr. Hanlon.  *See* Dkt. No. 65.  The undersigned is unable to continue as pro bono counsel at this time.

Dated:  June 19, 2000                    Respectfully submitted,

 *Andrew Levchuk*
Andrew Levchuk,
Counsellor at Law, LLC
BBO #545189
7 North Pleasant Street
Suite 2-D
Amherst, Massachusetts 01002
(413) 461-4530
alevchuk@agllegalnet.com
www.agllegalnet.com

CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), this 19th day of June, 2020.

    */s/Andrew Levchuk*
    Andrew Levchuk