UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:19-cv-30027-MGM

JANE DOE I AND JANE DOE II,
    Plaintiffs,

v.

CITY OF NORTHAMPTON,
ANDREW LINKENHOKER,
SUPERINTENDENT, (FORMERLY PRINCIPAL),
JOSEPH BIANCA, PRINCIPAL,
(FORMERLY ASSISTANT PRINCIPAL),
KEVIN BROWN, BRIAN BAGDON,
CODY HANLON, AND
MARY DOES AND JOHN DOES I-IV,
    Defendants.

_____

### JOINT MOTION TO ENLARGE THE TIME FOR DISCOVERY AND TO ENLARGE TRACKING ORDER

NOW COME the parties to the above-captioned matter and and hereby jointly move this Honorable Court to enlarge the time for discovery to December 31, 2020. In support thereof, the parties submit the following:

1.     All counsel agree additional time is needed to conduct discovery.

2.     Andrew Levchuk, attorney for defendant, Cody Hanlon, had filed a motion to withdraw, which temporarily delayed discovery in the case while that issue was being addressed.

3.     The parties jointly request this enlargement.

4.     The requested enlargement will not prejudice the parties.

1

WHEREFORE, the parties respectfully request the Court enlarge the time for discovery in this matter as stated above to December 31, 2020.

| | |
|---|---|
| Respectfully submitted,<br>JANE DOE I and JANE DOE II,<br>The Plaintiffs,<br>By Their Attorneys,<br><br>/s/      Michael Malkovich<br>Michael Malkovich, Esq. (BBO No. 315870)<br>Stella Xanthakos, Esq. (BBO No. 536050)<br>Xanthakos & Malkovich<br>43 Center Street - Suite 101<br>Northampton, MA 01060<br>Tel. (413) 584-2764<br>stella@xanthakos-malkovich.net<br>michael@xanthakos-malkovich.net<br><br>Date: _____ | Respectfully submitted,<br>CITY OF NORTHAMPTON, ANDREW LINKENHOKER, JOSEPH BIANCA and KEVIN BROWN,<br>The Defendants,<br>By its Attorneys,<br><br>/s/      Nancy Frankel Pelletier<br>Nancy Frankel Pelletier, Esq. (BBO No.544402)<br>David S. Lawless, Esq. (BBO No. 664754)<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>Tel. (413) 732-2301<br>npelletier@robinsondonovan.com<br>dlawless@robinsondonovan.com<br><br>Date:_____ |

CODY HANLON
The Defendant,
By His Attorney,

/s/      Andrew Lechuk
Andrew Levchuk, Esq. (BBO No. 545189)
Counsellor at Law, LLC
7 North Pleasant Street, Suite 2-D
Amherst, MA 01002
Tel. (413) 461-4530
alevchuk@agllegalnet.com

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filling (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of October, 2020.

                */s/  Michael Malkovich*
                Michael Malkovich, Esq.