UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE I and JANE DOE II,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF NORTHAMPTON,<br>ANDREW LINKENHOKER,<br>JOSEPH BIANCA, KEVIN BROWN<br>BRIAN BAGDON, CODY HANLON, and<br>MARY DOES AND JOHN DOES I-V<br><br>    Defendants. | Civil Action No. 19-cv-30027-MGM |

AMENDED SCHEDULING ORDER

October 9, 2020

MASTROIANNI, U.S.D.J.

The following schedule is entered:

1. Fact discovery shall be completed by **December 31, 2020**.

2. Plaintiff shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **January 29, 2021**.

3. Defendants shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **February 26, 2021**.

4. Expert depositions shall be completed by **March 26, 2021**.

5. Dispositive motions, if any, shall be filed by **April 30, 2021**. Oppositions shall be filed within 21 days thereafter. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

6. A hearing on any filed dispositive motions will be held on **June 21, 2021** at **11:00 a.m.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

                                                /s/ Mark G. Mastroianni
                                                MARK G. MASTROIANNI
                                                United States District Judge